

# NUMBER 13-07-00503-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: NABORS DRILLING USA, LP AND CARLOS HERNANDEZ

## On Petition for Writ of Mandamus from the 93rd District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Relators, Nabors Drilling USA, LP, and Carlos Hernandez, filed a petition for writ of mandamus with a motion for temporary relief in the above cause on August 15, 2007. Through the petition, relators asked this Court to vacate an order of the trial court denying their motion to compel arbitration, and issue a writ of mandamus requiring the trial court to compel the requested arbitration.

The Court granted the motion for temporary relief and ordered stayed all proceedings in the trial court pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court further requested, and received, a response to the petition for writ of mandamus from the real party in interest, Jorge Nava.

The real party in interest has now filed a motion to dismiss this original proceeding on grounds that he has filed a demand for arbitration, and accordingly, the petition for writ of mandamus is moot. Relators have not filed a response to this motion to dismiss, and more than ten days have elapsed since this motion was filed. *See id.* 10.3.

The Court, having considered the documents on file and the real party in interest's motion to dismiss this original proceeding, is of the opinion that the motion should be granted. The motion to dismiss is GRANTED, and this petition for writ of mandamus is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 20th day of March, 2008.

2